JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YEVGENIY GENNADYEVICH FOMICHENKO,<br>Petitioner,<br>v.<br>DAVID A. MARIN, *et al.*,<br>Respondents. | Case No. 5:26-cv-02944-JAK (RAO)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is granted in part.

DATED: August 3, 2026

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE